O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN THOMAS RIGBY, | ) Case No. SACV10-0695-CJC (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF ORANGE, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Seventh Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the County of Orange and Hutchen's Motion to Dismiss is granted and that plaintiff's claims against these defendants are dismissed without leave to amend.

On November 19, 2012, plaintiff was advised that he may use the discovery process to attempt to ascertain the identity of the unnamed Doe defendants. Plaintiff is further advised that, under Federal Rule of Civil Procedure 4(m), service of the

summons and complaint (the Seventh Amended Complaint being the operative complaint) must be accomplished on each named defendant within 120 days after the filing of the complaint. By the Court's calculation, the 120-day period expired on September 19, 2013. As plaintiff has failed to effectuate proper service within the allotted time, Judgment shall be entered dismissing this action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute.

Dated: November 21, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE