JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN THOMAS RIGBY, | ) | Case No. SACV10-0695-CJC (DTB) |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| COUNTY OF ORANGE, et al., | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff's claims against the County of Orange and Sandra Hutchens are dismissed without leave to amend and that this action is dismissed without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute.

Dated: November 21, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1